CARLIN, Appellant, v. MULLERY.

Division One, March 31, 1899.

*Appeal from St. Louis City Circuit Court.*—HON. SELDEN P. SPENCER, Judge.

TRANSFERRED TO ST. LOUIS COURT OF APPEALS.

CHARLES GIBSON and C. E. GIBSON for appellant.

J. G. & WM. F. WOERNER for respondent.

VALLIANT, J.—The facts of this case, in so far as the question of jurisdiction is concerned, are similar in char-

acter to those in Carlin v. Mullery, reported at page 255 of this volume, and for the reasons stated in the opinion of the court in that case this court has no jurisdiction of this case and it is transferred to the St. Louis Court of Appeals.

All concur.